UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**JAMES E. EDWARDS**                                                                                           **PETITIONER**

v.                                                                              CIVIL ACTION NO. 1:16CV-P5-GNS

**AARON SMITH, WARDEN**                                                                           **RESPONDENT**

### MEMORANDUM AND ORDER

Petitioner James E. Edwards initiated this action by filing a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (DN 1). He also filed motions for appointment of counsel (DN 5), for expansion of the record (DN 6), and for an evidentiary hearing (DN 7). Respondent, by counsel, filed responses to the motions for expansion of the record and for an evidentiary hearing. By separate Order entered this date, the Court conducted a preliminary review of the habeas petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases, ordered Respondent to file an answer to the petition within 40 days, and referred this matter to Magistrate Judge H. Brent Brennenstuhl.

First, with regard to Petitioner's motion for an evidentiary hearing, under Rule 8(a) of the Rules Governing Section 2254 Cases in the United States District Courts, "[i]f the petition is not dismissed, the judge must review the answer, any transcripts and records of prior proceedings, and any materials submitted under Rule 7 to determine whether an evidentiary hearing is warranted." As the petition currently is at the preliminary review stage and no answer or other records have been filed at this stage, **IT IS ORDERED** that the motion for evidentiary hearing (DN 7) is **DENIED as premature**.

Second, as to Petitioner's motion for appointment of counsel, under Rule 8(c) of the Rules Governing Section 2254 Cases, "[i]f an evidentiary hearing is warranted, the judge must appoint an attorney to represent a petitioner who qualifies to have counsel appointed under 18 U.S.C. § 3006A." Additionally, "[i]f necessary for effective discovery, the judge must appoint

an attorney for a petitioner who qualifies to have counsel appointed under 18 U.S.C. § 3006A." Rule 6(a) of the Rules Governing § 2254 Cases. Otherwise, appointment of counsel in a § 2254 action may be provided when "the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). For the same reasons that it is premature to determine whether an evidentiary hearing is warranted, it is also premature to determine if it is necessary to appoint counsel at this stage. Therefore, **IT IS ORDERED** that the motion for appointment of counsel (DN 5) is also **DENIED as premature**.

Finally, Petitioner requests the Court to enter an order pursuant to Rule 7 of the Rules Governing Section 2254 Cases compelling the Respondent to produce "the 'Entire Record' which is the (a) pre-trial hearings; (b) trial proceedings, voir dire, penalty phase and sentencing; (c) all post-trial motion's for directed verdict, new trial,; (d) all post-conviction pleadings filed; all appellate briefs in all three stages . . . and all other pleadings filed by the commonwealth." Rule 5 of the Rules Governing § 2254 Cases in the United States District Courts specifies what documents Respondent is required to file with his answer. *See* Rule 5(c) and (d) (addressing transcripts and briefs on appeal and opinions). Petitioner's motion to expand the record under Rule 7 is premature at this stage. Accordingly, **IT IS ORDERED** that the motion for expansion of the record (DN 6) is also **DENIED as premature**.

Nothing in this Order, however, shall preclude Petitioner from requesting an evidentiary hearing, appointment of counsel, and/or expansion of the record at a future point in this action should additional circumstances arise to justify such relief.

Date:   June 14, 2016

Greg N. Stivers, Judge
United States District Court

cc:     Petitioner, *pro se*
        Respondent
        Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals,
            1024 Capital Center Drive, Frankfort, KY 40601
        Magistrate Judge Brennenstuhl
4416.010